## Frankenfield Estate.

Argued November 15, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

 

*David Freeman*, for appellant.

*Edward N. Cahn*, for appellee.

OPINION PER CURIAM, March 25, 1974:
Decree affirmed. Costs on estate.